1
2
3
4
5
6
7
8
9
10          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
11                  AT TACOMA

12   JOSEPH SPARKS
                    Plaintiff,
13          v.

14   STATE OF WASHINGTON *et al.*,              Case No.  C08-5600BHS/JKA

15                                              ORDER GRANTING
     Defendants.                                APPLICATION TO PROCEED *IN*
16                                              *FORMA PAUPERIS* AND
                                                DIRECTING INSTITUTION TO
17                                              CALCULATE, COLLECT, AND
                                                FORWARD PAYMENTS
18
19
         The Court, having reviewed plaintiff's application to proceed in forma pauperis, (Dkt. # 7), does
20
21   hereby find and ORDER.

22       (1) Plaintiff's declaration indicates he is unable to afford the court's filing fee or give security

23   therefor.  Accordingly, plaintiff's application to proceed as a pauper is **GRANTED.  As set forth below,**

24   **an initial partial filing fee will be collected, and plaintiff is required to make monthly payments of**

25   **20 percent of the preceding months income credited to his/her account until the full amount of the**

26   **filing fee is satisfied.**

27       (2) Pursuant to 28 U.S.C. § 1915 and plaintiff's approved application to proceed *in forma*

28   *pauperis*, the agency having custody of the above named plaintiff is directed to calculate an initial partial

ORDER
Page - 1

filing fee equal to 20 percent of greater of -- the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the court clerk as soon as practicable.

Subsequently, if the prisoner's account exceeds $10.00, each month the agency is directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's income credited to the prisoner's account. In the event that the monthly payment would reduce the prisoner's account below $10.00, the agency should collect and forward only that amount which would reduce the prisoner's account to the $10.00 level. Please note that this $10.00 limit does not apply to the initial partial filing fee described above. Finally, the monthly payments should be collected and forwarded to the court until the entire filing fee ($350.00) for this matter has been paid.

(3) The Clerk is directed to send plaintiff a copy of this Order and the General Order, and a copy of this Order along with a copy of plaintiff's Acknowledgment and Authorization portion of the IFP application to the attention of the inmate account manager (IFP account manager) at the Washington State Department of Corrections.

DATED this 10 day of December, 2008.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge