UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH M. SPARKS,

    Plaintiff,

v.

STATE OF WASHINGTON, et al.,

    Defendants.

Case No. C08-5600BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge (Dkt. 10). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) Plaintiff's civil rights complaint (Dkt. 9) is **DISMISSED WITHOUT PREJUDICE**. While it is difficult for the Court to understand the intent of Plaintiff's complaint, it appears Plaintiff seeks to challenge the fact of his incarceration. Plaintiff should refer to his former habeas petition and its attendant state exhaustion requirement. (*Sparks v. Unknown*, C08-5484RJB/JKA, Dkt. # 7).

DATED this 23rd day of January, 2009.

                                                BENJAMIN H. SETTLE
                                              United States District Judge

ORDER